UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HOLLYWOOD IMPORTS,

    Plaintiff,

v.                                                  Case No: 6:24-cv-1503-JSS-RMN

JOSHUA KORTE,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

Upon *sua sponte* review of the docket in this matter, Plaintiff appears to be a corporate entity appearing *pro se* on its own behalf. (*See* Dkt. 1.) "The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se,* and must be represented by counsel." *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) (citation omitted); *see also LaTele Television, C.A. v. Telemundo Commc'ns Grp., LLC*, 9 F.4th 1349, 1357 (11th Cir. 2021) ("Moreover, '[i]t has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel.'") (quoting *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–02 (1993)). Plaintiff, as a corporate entity, may therefore appear in this court only through an attorney.

Accordingly, **on or before January 6, 2025**, Plaintiff shall retain counsel and properly appear in this matter or, alternatively, **SHOW CAUSE** as to why it should not be required to retain counsel.

**ORDERED** in Orlando, Florida, on December 9, 2024.

*[Signature]*
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Unrepresented Party